IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEANNA R. LEDUC and TERRI TRIPP, on behalf of the ACCT Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>        **Plaintiffs,**<br><br>   v.<br><br>MIGUEL PAREDES, PRUDENT FIDUCIARY SERVICES, LLC, CHRISTOPHER J. DEBBAS, JAMES R. GRIFFITHS, RUSSELL HUGHES, JOSEPH LEMBO, GREGORY S. CAMPBELL, and G.D. CAMPBELL ASSOCIATES, L.P.,<br><br>        **Defendants.** | Case No. 2:24-cv-05970-WB |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Deanna LeDuc and Terri Tripp, individually and on behalf of a class of individuals similarly situated, hereby move pursuant to Federal Rule of Civil Procedure 23 for entry of an order (1) preliminarily approving a settlement agreement between Plaintiffs and Defendants; (2) certifying a class for settlement purposes; (3) approving notice to the class; (4) approving the plan of allocation; (4) appointing RG2 Claims Administration, LLC as the Settlement Administrator; and (5) and setting a date for a Fairness Hearing. The reasons supporting this motion are contained in Plaintiffs' supporting memorandum of law filed contemporaneously herewith. Defendants do not oppose this motion. A proposed order granting this motion is attached hereto.

1

| | |
|---|---|
| DATED: January 5, 2026 | Respectfully submitted,<br><br>**STRIS & MAHER LLP**<br><br>*/s/ Jeffrey Hahn*<br>Jeffrey M. Hahn (*pro hac vice*)<br>Peter K. Stris (*pro hac vice*)<br>Rachel S. Fleischer (*pro hac vice*)<br>**STRIS & MAHER LLP**<br>17785 Center Court Dr. N, Suite 600<br>Cerritos, CA 90703<br>Telephone: (213) 995-6800<br>Facsimile: (213) 261-0299<br>jhahn@stris.com<br>pstris@stris.com<br>rfleischer@stris.com<br><br>**BAILEY AND GLASSER LLP**<br>Patricia Mulvoy Kipnis (PA Bar No. 91470)<br>923 Haddonfield Road, Suite 300<br>Cherry Hill, NJ 08002<br>Telephone: (215) 274-9420<br>Facsimile: (202) 463-2103<br>pkipnis@baileyglasser.com<br><br>Gregory Y. Porter (*pro hac vice)*<br>Ryan T. Jenny (*pro hac vice*)<br>Patrick O. Muench (*pro hac vice*)<br>Laura E. Babiak (*pro hac vice*)<br>1055 Thomas Jefferson Street, NW, Suite 540<br>Washington, DC 20007<br>Telephone: (2002) 463-2101<br>Facsimile: (202) 463-2103<br>gporter@baileyglasser.com<br>rjenny@baileyglasser.com<br>pmuench@baileyglasser.com<br>lbabiak@baileyglasser.com<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Accordingly, the foregoing is available for viewing and downloading from the ECF System.

*/s/ Jeffrey Hahn*
Jeffrey Hahn